UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

MURALI V. BHOGIREDDI and )
HIMABINDU PATI, )
        Plaintiffs, )
)
v. )    **JUDGMENT**
)
)    No. 5:18-CV-190-FL
COMMISSIONER OF INTERNAL )
REVENUE and TAMMIE A. GRIER, )
        Defendants. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendants' motion to dismiss plaintiffs' amended complaint for lack of subject matter jurisdiction and failure to state a claim.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered December 10, 2018, and for the reasons set forth more specifically therein, that defendants' motion to dismiss is GRANTED for lack of subject matter jurisdiction.

**This Judgment Filed and Entered on December 10, 2018, and Copies To:**
Murali V. Bhogireddi (via U.S. Mail at 104 Suffolk Green Lane, Morrisville, NC 27560)
Himabindu Pati (via U.S. Mail at 104 Suffolk Green Lane, Morrisville, NC 27560)
Erin F. Darden (via CM/ECF Notice of Electronic Filing)


December 10, 2018        PETER A. MOORE, JR., CLERK

                                  /s/ Susan W. Tripp
                                (By) Susan W. Tripp, Deputy Clerk